FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 APR -1  P 3: 55

CLERK'S OFFICE
AT BALTIMORE

BY_____          DEPUTY

**EXHIBIT A**
**STIPULATED FACTS**

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt.*

Brian Shaw, age 23, is a resident of Lutherville, Maryland.

Homeland Security Investigations (HSI) New Orleans initiated a child pornography investigation regarding the Defendant's email address "sgsg569@gmail.com," and associated on-line moniker, "Scott Gallia." At approximately 11:40 AM, December 18, 2012, HSI New Orleans, utilizing a limited Under Cover (UC) Email account, sent the following message to the Defendant at sgsg569@gmail.com: "For all of you guys that i've traded with in the past.... My HP crashed and i'm looking to restart my collection. Any generous guys out there??? I will not repost without you permission but will trade once i start to replenish. Thanks and talk to yall soon..." Minutes later, the Defendant responded (utilizing email address sgsg569@gmail.com) with 16 links to www.sendspace.com, a file transfer and exchange network that enables users around the world to distribute large files. The www.sendspace.com links gave access to child pornography videos to include the following:

    a. "eaten again.flv": This two minute and forty second video depicts an adult male performing oral sex on a prepubescent male and then the adult male's penis penetrating the mouth of the prepubescent male.

    b. "father vibrates sleeping son then tries to enter him.avi": This three minute video depicts a naked adult male using a blue sex toy to penetrate the anus of a naked, sleeping prepubescent male lying on a bed. The adult male then attempts to penetrate the anus of the naked, sleeping prepubescent male with his erect penis.

    c. "manb.avi": This nine minute video depicts an adult male performing oral sex on a prepubescent male. The video also depicts the adult male using his finger and a sex toy to penetrate the anus of the prepubescent male.

1

After receiving the above email from the Defendant, HSI New Orleans responded with the following email: "Couldn't get any to play. Had problems with ilivid and send space. Thanks anyway..." On December 18, 2012, the Defendant replied with the following email: "I'll Send more later, I'll try again with send space and I'll also do file factory maybe....thanks Scott Sent from my iPhone." On December 19, 2012, the Defendant sent another email that contained more www.sendspace.com website links that provided access to approximately six child pornography videos with the following text: "Hey let me know if these work... If they do do you have anything to send back? Boys or girls? Thanks Scott."

On December 21, 2012, HSI New Orleans responded back to the Defendant with the following email: "It just keeps having me download sendspace. Not working. Thnx anyway." On December 22, 2012, Defendant replied with the following email: "Hey - I just send some via wet transfer. If it doesn't work, let me know. If you have anything to send back, boys or girls, let me know, thanks! Scott." On December 22, 2012, the Defendant sent HSI New Orleans an email with a subject line that read "sgsg569@gmail.com has sent you a file via WeTransfer." "WeTransfer.com" is a free service that enables a user to send files over the Internet. The link enabled HSI New Orleans to download a zip file titled, "WeTransfer-OYFJZIBs.zip" which contained approximately 31 videos depicting children engaged in sexually explicit conduct. Three of the videos distributed are described as follows:

    a.    "toddler+ +boy+.avi": This 14 second video depicts an adult male's penis penetrating the anus of a prepubescent male.

    b.    "!New_-_omg5.wmv": This three minute and fifteen second video depicts two naked prepubescent males engaging in anal intercourse.

    c.    "014.avi": This 16 second video depicts a naked prepubescent male lying on his back and masturbating himself with his right hand while being anally penetrated by an adult male penis.

At approximately 2:55 AM EST, December 24, 2012, the Defendant sent an email which contained approximately 96 images which included children engaged in sexually explicit conduct including the following: "-rp(194).jpg" (a nude pre-pubescent male lying on his back with a large object inserted into his anus); "-rp(188).jpg" (an adult's fingers spreading open the buttocks of a pre-pubescent male child, displaying the child's anus and testicles; "-rp(182).jpg" (two nude pre-pubescent males performing oral sex on each other's penises) "-rp(78).jpg" an adult male's penis penetrating the mouth of a pre-pubescent female and "-11bfslow.jpg" (a nude adult male having anal sex with a nude pre-pubescent male.)

Moments later on December 24, 2012, at approximately 3:00 AM, the Defendant sent an email which contained approximately 50 images which included images of children engaged in sexually explicit conduct including the following: "-rp(120).jpg" (a nude adult male having anal sex with a nude pre-pubescent child; "-rp(127).jpg" (a nude adult male having anal sex with a nude pre-pubescent child; "-rp(141).jpg" (a nude pre-pubescent male toddler. Two erect adult penises are seen in the image and it appears that one of the adult males has ejaculated on the genitals and lower abdomen of the child. The child's genitals are exposed.); "-rp(148).jpg": (a pre-pubescent male manually stimulating the erect penis of an adult male; and "-rp(167).jpg" (a pre-pubescent male's penis penetrating the mouth of another pre-pubescent male).

3

The Defendant sent an email on January 10, 2013, which contained approximately 19 images which included images of child pornography including: "-4(93).jpg" (a male having anal sex with a pre-pubescent male); "-4(97).jpg" (a male performing oral sex on the penis of a pre-pubescent male); "-4(102).jpg" (a pre-pubescent male performing oral sex on the penis of a pre-pubescent male); and "-4(111).jpg" (a nude pre-pubescent male having anal sex with another nude pre-pubescent male).

The Defendant sent another email January 10, 2013, which contained approximately 8 images of child pornography including: "-____5908747.jpg" (a nude pre-pubescent toddler with an object inserted into his anus.); "-____5756819.jpg" (a pre-pubescent child's mouth being penetrated by the penis of a pre-pubescent child); "-____5358836.jpg" (two nude pre-pubescent males manually stimulating each other's penises; "-____5023351.jpg": (adult hand manually stimulating the penis of a nude pre-pubescent male child.)

On January 12, 2013, 5he Defendant sent additional emails between 3:15 a.m. and 4:14 a.m. which contained approximately 296 images of children engaged in sexually explicit conduct including: "-P5173867.jpg" (a nude pre-pubescent male exposing his penis and anus); "-P5173880.jpg" (a nude pre-pubescent male exposing his penis and anus); "-00SS850036.JPG" (two nude pre-pubescent males displaying their penises); and "Josh.flv" (a moving digital image, 4 minutes and 15 seconds long, depicting a nude pre-pubescent male masturbating and exposing his penis. An adult male also performs oral sex on the penis of the prepubescent male.)

HSI New Orleans obtained, via a federal search warrant served on GOOGLE, the email content for the Defendant's email address (sgsg569@gmail.com). From November 26, 2011 to January 29, 2013, the contents of the Defendant's email ("sgsg569@gmail.com") contained approximately 2140 emails most of which referenced the trade of child pornography over the

4

Internet and the sexual exploitation of children. Upon creation of the email account, the Defendant immediately began emailing others in order to trade child pornography files over the Internet. In addition, from December 18, 2012, through January 29, 2013, there were multiple emails sent containing hundreds of videos and images of child pornography. In these emails, the Defendant initially indicated that he was interested in any videos "with sound and a boy orgasming". Besides attaching files depicting children engaged in sexually explicit conduct directly to emails, the Defendant also sent Uniform Resource Locator (URL) links for file sharing services in his emails. The links gave access to child pornography files.

On December 9, 2011, the Defendant sent an email titled, "RE: for men who enjoy sex with kids" that contained a video titled, "the toolbox.avi"; the Defendant stated that the video was one of his favorites. This video depicts an adult male performing oral sex on the penis of a nude pre-pubescent male child. In an email dated January 19, 2012, the Defendant stated that he was interested in the age 6 to 12 and was interested in man/boy videos and images.

Based on the above information, HSI applied for a Federal search warrant for the Defendant's residence, which was granted and executed on April 25, 2013. Law enforcement seized and subsequently forensically examined the following (among other) items: an Apple Macbook laptop computer, serial number WQ904KLM4R1 containing a Hitachi hard drive, serial number 1X9040SJESA4A; and a Sandisk Cruzer USB flash drive, serial number BE0709AGMB. Approximately 5860 images and 562 videos of child pornography, as well as stories describing sex acts with children in graphic detail, were located during forensic analysis of these items. The images depicted prepubescent minors, under the age of 12, engaged in sexually explicit conduct. The images included sadistic or masochistic conduct, or other depictions of violence, and depicted prepubescent minors (under the age of 12) engaged in

sexually explicit conduct. The Defendant sought out these visual depictions on the internet and knowingly distributed them via the internet, and did so with the expectation of receipt of a thing of value in return, that is, more images and videos of child pornography from the person he was trading child pornography with. The Defendant also actually transported some of the images by bringing them with him as he traveled between Maryland and Florida. The Defendant knew the images depicted minors engaged in sexually explicit conduct; in addition, the images had traveled in interstate or foreign commerce.

*I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct*

4/1/14

*Brian Shaw*